## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jared J. Reary

Plaintiff

Case No.: 1:20-cv-03008-DLF

*vs.*

**Mark T. Esper, in his official capacity as United States Secretary of Defense; et al.**

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/05/2020 at 3:44 PM, I served Board for Correction of Naval Records at 701 South Courthouse Road, Building 12, Suite 1001, Arlington, Virginia 22204 with the Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; and Complaint by serving Theris Stepp-Welch, Human Resources Specialist, authorized to accept service.

Theris Stepp-Welch is described herein as:

Gender: Female   Race/Skin: Black   Age: 58   Weight: 150   Height: 5'5"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

11/9/2020

Executed On

Vance M. Warren, Sr.

Client Ref Number:127386-0001
Job #: 1583398

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| JARED J. REARY | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| MARK T. ESPER, in his official capacity as United | ) |
| States Secretary of Defense, et al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:20-cv-03008-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BOARD FOR CORRECTION OF NAVAL RECORDS
701 S. Courthouse Road
Building 12, Suite 1001
Arlington, VA 22204-2490

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Caroline M. Mew
PERKINS COIE LLP
700 13th Street, NW, Suite 800
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/20/2020



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*